UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE

    Joan M. Clark                                                CASE NO.04-10939

                                DEBTOR(S)
_____     CHAPTER 13


### SUA SPONTE CONDITIONAL ORDER OF DISMISSAL

      This chapter 13 case having been filed on <u>February 19, 2004</u> and the most recent adjourned confirmation hearing having been held on <u>May 26, 2005</u>, and the court having found that further delay in confirming a chapter 13 plan will be prejudicial to creditors, it is hereby

      ORDERED, AND NOTICE IS HEREBY GIVEN,  that the above captioned case will be <u>dismissed</u> pursuant to 11 U.S.C. §§ 105(a) and 1307(c) on the <u>18</u> day of <u>August, 2005</u>, without further hearing, unless before that date the Chapter 13 plan of the debtor(s) is confirmed, or the case is dismissed or converted to another chapter; and it is further

      ORDERED, that the court will issue a final order of <u>dismissal</u> if the terms of this order are not complied with.


Dated   May27, 2005
      Albany, NY                                 <u>/s/ Hon. Robert E. Littlefield</u>, Jr.
                                                   Hon. Robert E. Littlefield, Jr.
                                                   U.S. Bankruptcy Judge